UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                  Bankruptcy No.09-35285 ABC
                                                        Chapter 7

PAUL ARVIN SMITH, JR.,
Debtor,

US BANK, NA,
Movant,

PAUL ARVIN SMITH, JR., and
Cynthia Skeen,
the Chapter 7 Trustee,
Respondents.

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon motion made by US BANK, NA, for Relief from Stay, no response having been received thereto by the date set in the Notice for filing of such response, it is hereby

**ORDERED** that US BANK, NA, its predecessors, successors and assigns, is hereby granted Relief from Automatic Stay pursuant to 11 U.S.C. §362 (d) of the Bankruptcy Code, solely to proceed *in rem* against the following described property:

LOT 46, BLOCK 3, HUTCHINSON HILLS FILING NO. 20, CITY AND
COUNTY OF DENVER, STATE OF COLORADO.

More Commonly Known as: 7611 East Cornell Ave, Denver, CO  80231

AND such automatic stay is hereby terminated as to the above-described property and US BANK, NA may proceed to pursue its state law rights and remedies allowed under the Note and Deed of Trust against the property.

Creditor is entitled to its reasonable attorney's fees and costs as set forth in its Motion for Relief and may collect the fees and costs as permitted by the Bankruptcy Code.

IT IS FURTHER ORDERED that the 10 day stay pursuant to Fed. R. Bankr. P. 4001(a)(3) is lifted and US BANK, NA may immediately implement and enforce this order granting relief from the

Case No 09-35285ABC
Page 2

automatic stay.

Dated February 19, 2010

BY THE COURT:

_____
United States Bankruptcy Judge

File No. 09-16600